# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          vs.<br><br>ANABEL MERCADO (2),<br><br>                      Defendant. | CASE NO. 15CR3004-BAS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_XX_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_XX_  of the offense(s) as charged in the Indictment/Information:

      21 USC 846 AND 841(a)(1) - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 8, 2016

_____
Cynthia Bashant
U.S. District Judge